UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RODNEY S. PERRY SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00631-JRO-DML |
| | ) | |
| THOMAS MILLIKAN Dr., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff Rodney S. Perry, Sr., is an inmate at the New Castle Correctional Facility ("New Castle"). Dkt. 1. Perry has filed a complaint on March 31, 2025 against Dr. Millikan, a physician at New Castle. *Id.* Perry alleges that Dr. Millikan was deliberately indifferent to his diabetes condition and prescribed a medication he should not have. *Id.* Perry's claims against Dr. Millikan span from October 2024 to December 2024. *Id.*

Perry has not paid the $405.00 filing fee in this action and instead moved to proceed in this matter *in forma pauperis.* Dkts. 2, 9, 10. The Court initially granted Perry's motion to proceed *in forma pauperis.* Dkt. 11. The Court reconsidered and denied this motion after learning that Perry has "struck out" and did not disclose that to the Court. Dkt. 37. The Court provided Perry through April 30, 2026, to show cause why this action should not be dismissed with prejudice as a sanction for failure to inform the Court that he had "struck out" or disclose his other cases that he received a strike, consistent with *Sloan.* *See Hoskins v. Dart,* 633 F.3d 541, 544 (7th Cir. 2011) (citing *Sloan* and

observing that dismissal with prejudice is an appropriate sanction for litigants who misrepresent litigation history). *Id.* at 3.

Perry filed a motion for extension of time to pay the filing fee. Dkt. 40. This motion was denied, and the Court will consider his filing as his response to the show cause order. Dkt. 41.

A prisoner may not bring a civil action proceeding *in forma pauperis* if he has, "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Moreover, in this Circuit, litigants who have been notified of their three strikes "must disclose to the court the fact that they have 'struck out' and . . . pay all fees upfront, or risk dismissal of their case as a sanction for misconduct." *Isby v. Brown*, 856 F.3d 508, 519 (7th Cir. 2017). "An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit." *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999).

Perry argues that he filed his lawsuit in good faith and "did not know what to do" when he had no funds and had accumulated 3 strikes or more. Dkt. 40 at 1. Perry's response demonstrates he was aware he had accumulated 3 strikes. Perry appears to argue that at he was in imminent danger of harm in October 2024. *Id.* at 2. However, Perry's complaint includes allegations that he was

prescribed the allegedly harmful medication on October 16, 2024, and removed from it on December 2024. Dkt. 1 at 1-18. There are no allegations suggesting that he is currently in imminent danger of physical injury. "Allegations of past harm do not suffice" to show imminent danger; rather, "the harm must be imminent or occurring at the time the complaint is filed," and when prisoners "allege only a past injury that has not recurred, courts deny them leave to proceed [as a pauper]." *Ciarpaglini v. Saini*, 352 F.3d 328, 330 (7th Cir. 2003) (citing *Abdul-Wadood v. Nathan*, 91 F.3d 1023 (7th Cir. 1996)).

For the reasons discussed in the Court's April 7, 2026 order, this case is **DISMISSED with prejudice** pursuant to *Sloan*. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 5/14/2026

_____

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

RODNEY S. PERRY SR.
#974441
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

David Douglas Becsey
ZEIGLER COHEN & KOCH
dbecsey@zcklaw.com

Roger K. Kanne
ZEIGLER COHEN & KOCH
rkanne@zcklaw.com